# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AARON DALTON,<br><br>   *Plaintiff*,<br><br>v.<br><br>DADA HOSPITALITY, LLC, a Wisconsin limited liability company;<br><br>   *Defendant*. | Case No. 3:16-cv-00667-jdp |

## PLAINTIFF'S RULE 41(a)(1) NOTICE
## OF DISMISSAL WITH PREJUDICE

  Plaintiff Aaron Dalton through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses his Complaint against the above-captioned Defendant with prejudice. Because the Defendant has neither served an Answer nor a motion for summary judgment, dismissal with prejudice is proper under Rule 41(a)(1)(A).

                Respectfully submitted,

DATED: December 8, 2016

                /s/ Padraigin L. Browne
                Padraigin L. Browne (MN Bar # 389962)
                BROWNE LAW LLC
                3749 Sunbury Alcove
                Woodbury, MN 55125
                E-mail: paddy@brownelawllc.com
                Phone: (612) 293-4805